# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>1720 S. MICHIGAN CONDOMINIUM ASSOCIATION,<br><br>Defendant. | Case No: 1:16-cv-03368<br><br>Judge: Hon. John J. Tharp, Jr. |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Defendant 1720 S. Michigan Condominium Association ("Defendant") and Plaintiff Hawk Technology Systems, LLC ("Plaintiff"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted in this action are hereby dismissed with prejudice in light of the parties' settlement.

WHEREFORE, Defendant and Plaintiff respectfully request that this Court enter an order dismissing this action with prejudice, with each party to bear its own attorneys' fees and costs.

Consistent herewith, Defendant and Plaintiff consent to the Court having its case closed for administrative purposes.

By: /s/ Kevin M. O'Hagan
    O'Hagan, LLC
    One E. Wacker Drive
    Suite 3400
    Chicago, IL 60601
    312-422-6120
    Fax: (312) 422-6110
    Email: kohagan@ohaganlaw.com
    ARDC No. 6211446

**Attorneys for Defendant**
**1720 S. Michigan Condominium Association**

DATED: 9/15/16

By: /s/ Mary K. Schulz
    Media Litigation Firm, P.C.
    1144 E. State Street
    Suite A260
    Geneva, IL 60134
    312-213-7196
    Email:medialitigationfirm@gmail.com
    ARDC No. 6183773

**Attorneys for Plaintiff**
**Hawk Technology Systems, LLC**

DATED: 9/15/16

Respectfully submitted,

/s/ *Kevin M. O'Hagan*
Kevin M. O'Hagan (ARDC No. 6211446)
O'Hagan, LLC
One E. Wacker Drive
Suite 3400
Chicago, IL 60601
312-422-6120
Email: kohagan@ohaganlaw.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on September 15, 2016, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and on all of those parties receiving electronic notification via the Court's CM/ECF electronic filing.

            /s/ *Kevin M. O'Hagan*
            Kevin M. O'Hagan, Esq.